UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

| | |
|---|---|
| **Ludella Bell,**   Plaintiff;   v.   **Harlow's Casino Resorts & Spa,**   Defendant. | Civil Action No. 4:19-cv-141-MPM-JMV   **Agreed Order of Substitution** |

This cause is before the Court on Defendant SW Gaming, LLC's (improperly named "Harlow's Casino Resorts & Spa" in Plaintiff's Complaint) Unopposed Motion to Substitute proper party SW Gaming, LLC, in place of "Harlow's Casino Resorts & Spa."

Defendant requests that proper party "SW Gaming, LLC" be substituted in place of improper party "Harlow's Casino Resorts & Spa." Plaintiff Ludella Bell does not oppose Defendant's Motion.

Having been informed of the basis for the requested relief and noting Plaintiff does not oppose the Motion, the Court finds that it should be granted.

IT IS THEREFORE ORDERED that:

1. SW Gaming, LLC, is substituted as the party defendant in this action in place of Harlow's Casino Resorts & Spa;

2. The style of this action is amended to show "SW Gaming, LLC" as the party defendant and not "Harlow's Casino Resorts & Spa";

3. All pleadings, motions, discovery, notices, and other papers previously served on or by Defendant Harlow's Casino Resorts & Spa continue as if previously served on or by substituted Defendant SW Gaming, LLC.

SO ORDERED on this the 16th day of October, 2019.

/s/ Jane M. Virden
U.S. MAGISTRATE JUDGE

Presented by:

Agreed and approved:

s/ Ian R. Underwood
Dale G. Russell (MSB #10837)
Blake D. Smith (MSB #103255)
Ian R. Underwood (MSB #105328)
COPELAND, COOK, TAYLOR & BUSH, P.A.
600 Concourse, Suite 100
1076 Highland Colony Parkway (39157)
Post Office Box 6020
Ridgeland, Mississippi 39158
T+601.856.7200
F+601.856.7626
drussell@cctb.com
bsmith@cctb.com
iunderwood@cctb.com
*Attorneys for Defendant*

s/ Stephanie N. Morris
Stephanie N. Morris (MSB #101545)
MORRIS & ASSOCIATES
900 South Street
P.O. Box 656
Cleveland, MS 38732
T+662.846.6691
F+662.843.8136
*Attorney for Plaintiff*

Agreed Order of Substitution
Page 2 of 2